UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GWENERVA M. WILLIAMS,                )
                                     )
        Plaintiff,                   )
                                     )    **JUDGMENT IN A CIVIL CASE**
    v.                               )
                                     )    **CASE NO. 5:14-CV-400-D**
CAROLYN W. COLVIN, Acting Commissioner of  )
Social Security,                     )
                                     )
        Defendant.                   )

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's motion for judgment on the pleadings [D.E. 18] is DENIED, defendant's motion for judgment on the pleadings [D.E. 20] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

**This Judgment Filed and Entered on July 14, 2015, and Copies To:**

| | |
|---|---|
| Frederick W. Fleming | (via CM/ECF Notice of Electronic Filing) |
| Cathleen C. McNulty | (via CM/ECF Notice of Electronic Filing) |

DATE:                                JULIE RICHARDS JOHNSTON, CLERK

July 14, 2015                        (By) /s/ Courtney O'Brien
                                      Deputy Clerk